

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2018

No. 04-18-00114-CR

Kristi **COLLINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 16-09-180-CRW
The Honorable Russell Wilson, Judge Presiding

# O R D E R

After we granted the court reporter's first two requests for extensions of time to file the reporter's record, the reporter's record was due on June 8, 2018. *See* TEX. R. APP. P. 35.1. Three days after the extended due date, court reporter Leticia M. Escamilla filed a third notification of late reporter's record. The notification included a status report indicating the number of pages completed and remaining. The court reporter states she has two other court reporters helping her edit and proof the record; she requests an additional thirty days to complete the record.

The request is GRANTED. **We ORDER Leticia M. Escamilla to file the reporter's record not later than July 9, 2018.**

**NO FURTHER EXTENSIONS OF TIME TO FILE THE REPORTER'S RECORD WILL BE GRANTED.**

If the reporter's record is not filed as ordered, a SHOW CAUSE ORDER shall issue directing Leticia M. Escamilla to appear on a day certain and show cause why she should not be held in contempt for failing to file the record. *See* TEX. R. APP. P. 35.3(c); *see also* TEX. GOV'T CODE ANN. § 21.002 (West 2004) (authorizing contemnor punishment up to "a fine of not more than $500 or confinement in the county jail for not more than six months, or both such a fine and confinement in jail"); *Johnson v. State*, 151 S.W.3d 193, 195–96 (Tex. Crim. App. 2004) (noting

the court's previous action holding a court reporter in contempt for "repeatedly fail[ing] to prepare and file the record" and "order[ing] him incarcerated . . . until the record was finished").

The clerk of this court shall cause a copy of this order to be served on Leticia M. Escamilla by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of June, 2018.

_____
Keith E. Hottle
Clerk of Court